UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
        Plaintiff,

v.                                                 Case No. 06-CR-291

TYWHAUN WALKER, et. al.,
        Defendants.

## ORDER

On December 11, 2007, Tywhaun Walker ("Walker") filed a motion to suppress and requested an evidentiary hearing to resolve the question of whether reasonable suspicion existed to stop Walker's vehicle. (Docket No. 46.) Walker estimates that a hearing would require no more than two hours. (Docket No. 54.) The government has not responded to Walker's request for an evidentiary hearing. Therefore, the court shall grant Walker's request.

This case had been scheduled for jury trial on November 26, 2007. However, on November 16, 2007, Chief Judge Rudolph T. Randa granted Walker's motion to adjourn the trial and re-referred this case to this court for a second round of pre-trial motions. Chief Judge Randa has not yet scheduled a new trial date.

IT IS THEREFORE ORDERED that Walker's request for an evidentiary hearing regarding his motion to suppress, (Docket No. 46), is **granted**. An evidentiary hearing shall commence on **January 8, 2008** at **9:00 a.m.** in Courtroom 254 of the United States Courthouse, 517 East Wisconsin Avenue, Milwaukee, Wisconsin.

Dated at Milwaukee, Wisconsin this <u>19th</u> day of December, 2007.

                                                                     s/AARON E. GOODSTEIN
                                                                      U.S. Magistrate Judge