# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

        Case No. 06-CR-291

-vs-

**TYWHAUN WALKER, et al,**

        Defendant.

## DECISION AND ORDER

The defendant, Tywhaun Walker ("Walker"), brought a motion before Magistrate Judge Aaron E. Goodstein to suppress identification and evidence derived therefrom. Magistrate Judge Goodstein recommended to this Court that Walker's motion to suppress be denied. Walker has appealed the Recommendation and the government has filed no response. The Court has read the parties' submissions and rules as follows.

The Court adopts Magistrate Judge Aaron E. Goodstein's Recommendation *in toto*. Walker's motion to suppress is therefore **DENIED.**

Dated at Milwaukee, Wisconsin, this 21st day of February 2008.

        **SO ORDERED,**

        <u>s/ Rudolph T. Randa</u>
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**